ACCEPTED
12-14-00290-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/4/2015 12:01:28 PM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00290-CR

| | | |
|---|---|---|
| FREDERICK PERKINS | § | IN THE |
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/4/2015 12:01:28 PM

CATHY S. LUSK
Clerk

MOTION TO
EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Van Zandt County, Texas.

2. The case below was styled State of Texas v. Frederick Perkins and numbered 114-0932-14.

3. Appellant was convicted of Possession of a Controlled Substance on October 9, 2014.

4. Appellant was assessed a sentence of fifteen (15) years confinement in the Texas Department of Criminal Justice-Institutional Division.

5. Notice of Appeal was given on October 13, 2014.

6. The Clerk's Record was filed on December 3, 2014; the Reporter's Record was filed on February 2, 2015.

7. The Appellant's Brief is due on March 4, 2015. Counsel requests the Court an extension of thirty (30) days due to the number of briefs with deadlines.

8. Appellant requests an extension of time due to the following facts and circumstances.

Since the Clerk and Reporter's Record in this case was completed, Counsel has filed:

A. On February 18, 2015, Counsel filed the Appellant's Brief in

_Joshua Ardry v. State of Texas,_ cause no. 12-14-00143-CR; and

B. On February 19, 2015, Counsel filed the Appellant's Brief in _Craig Pruitt v. State of Texas,_ cause no. 12-14-00303-CR.

9. Counsel has appeared in numerous hearings in state and federal court over the last thirty days, including hearings in the Eastern District of Texas - Tyler Division, and hearings in Smith and Van Zandt Counties. Counsel serves as the President of the Smith County Bar Foundation which hosted the Supreme Court of Texas for oral arguments on February 25 and 26, 2015. This consumed a great deal of time, especially in the final two weeks culminating with four different events over the two day period for the Court. Counsel also attended the Federal Criminal Bench-Bar Conference in Plano, Texas on February 26 and 27, 2015.

10. Lastly, Appellant's Counsel has the following briefs pending:

A. Appellant's Brief in _Jolly Neely v. State of Texas,_ cause no. 12-14-00309-CR on March 11, 2015;

B. Appellant's Brief in _Roberta Bagwell v. State of Texas,_ cause no. 12-14-00248-CR on March 11, 2015;

C. Proposed Findings of Fact and Conclusions of Law for Writ of Habeas Corpus in _State of Texas v. Daphne Ausborne_ on March 13, 2015;

D. Appellant's Brief in _Jason Claire Reese v. State of Texas,_ cause no. 12-14-00363-CR upon completion of the Reporter's Record;

E. Appellant's Brief in _Donald Ernest Powell v. State of Texas,_ cause no. 12-14-00355-CR upon the completion of the Reporter's Record;

F. Appellant's Brief in _Oscar Perkins v. State of Texas,_ cause no. 12-15-00001-CR upon the completion of the Reporter's Record; and

G. Appellant's Brief in _Larry Michael Maples v. State of Texas,_ cause no. 12-14-00337-CR when reset by the Court.

11. Counsel has appeared in numerous hearings in state and federal court over the last thirty days, including hearings in the Tyler and Texarkana Federal District Courts, and hearings in Smith and Van Zandt Counties.

12. Appellant requests an extension of time due to the above referenced facts and circumstances.

13. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of thirty (30) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

CERTIFICATE OF SERVICE

This is to certify that on March 4, 2015, a true and correct copy of the above and foregoing document was served on Mike West, Smith County District Attorney's Office, by regular mail, fax, hand delivery, or electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.